IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISHMAEL HASSAN OBAMA                                                                 PLAINTIFF
ADC #145160

V.                              NO: 5:10CV00202 BSM/HDY

ANTONIO PRICE *et al.*                                                             DEFENDANTS

Consolidated With:

ISHMAEL HASSAN OBAMA                                                                 PLAINTIFF
ADC #145160

V.                              NO: 5:10CV00207 SWW/JTK

RAY HOBBS *et al.*                                                                 DEFENDANTS

## ORDER

Plaintiff Ishmael Hassan Obama is a state inmate incarcerated at the Cummins Unit of the Arkansas Department of Correction ("ADC"), and he has filed these two complaints pursuant to 42 U.S.C. § 1983. Having reviewed the allegations in these cases, consolidation of the two actions is appropriate. In accordance with the practice of the Eastern District of Arkansas, the first-filed case (*Obama v. Price et al.*, 5:10CV202 BSM/HDY) is hereby designated the lead case and all future pleadings shall be filed in the lead case.

Because plaintiff has already been granted leave to proceed *in forma pauperis* in case 5:10CV202, his pending motion for leave to proceed *in forma pauperis* in case 5:10CV207 is moot. Plaintiff's second case includes additional defendants, so service is appropriate on them.

Accordingly, the cases of *Obama v. Price*, 5:10CV00202 BSM/HDY, and *Obama v. Hobbs et al.*, 5:10CV00207 SWW/JTK, are hereby CONSOLIDATED. Obama's motion for leave to proceed *in forma pauperis* (5:10cv00207 SWW/JTK, docket entry #2) is DENIED AS MOOT. The clerk is hereby directed to add as Michael Mosley and Kyron Mothershed as defendants in case number 5:10CV00202 BSM/HDY. Service is appropriate on defendants Mosley and Mothershed, and the United States Marshal is directed to serve a copy of the complaint (5:10CV00202 BSM/HDY, docket entry #2), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 22nd day of July, 2010.

UNITED STATES DISTRICT JUDGE