**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ISHMAEL HASSAN OBAMA
ADC #145160**                                                                **PLAINTIFF**

v.           **CASE NO. 5:10CV00202 BSM/HDY**

**ANTONIO PRICE et al.**                                             **DEFENDANTS**

### ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendant Antonio Price are DISMISSED WITH PREJUDICE, and Price's name shall be removed as a party defendant.

DATED this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE