# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ISHMAEL HASSAN OBAMA**
**ADC #145160**                                                                                                       **PLAINTIFF**

v.                              **CASE NO. 5:10CV00202 BSM/HDY**

**ANTONIO PRICE et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE